THE STATE *ex rel.* ATTORNEY-GENERAL V. GILL, *Judge.*

In Banc, March 2, 1897.

Writ of Prohibition: JURISDICTION. An application by the attorney-general for a prohibition against the hearing by Judge GILL (of the Kansas City court of appeals) of a writ of *habeas corpus,* issued by him, was denied on the ground that the objection of want of jurisdiction of the judge should first be presented to him, inasmuch as it was not shown that any want of jurisdiction yet appeared in the record before Judge GILL.

Baker v. Lane.

## Application for Prohibition.

WRIT DENIED.

### MEMORANDUM.

PER CURIAM.—The application of the attorney-general for a preliminary rule in prohibition against Judge GILL, to prevent his taking further proceedings on a writ of *habeas corpus* issued by him on the application of Mr. Lowe, is denied.

Without going into the merits of the question whether or not Mr. Lowe is in contempt, it is the opinion of the judges present that, as the application here does not show that the alleged want of jurisdiction (on which the application for prohibition is founded) appears in the record or proceedings before Judge GILL, the objection of want of jurisdiction on his part should, at least, be first presented to Judge GILL upon a showing of said facts. SHEPARD BARCLAY, C. J., and G. B. MACFARLANE, W. M. ROBINSON, THEO. BRACE, and G. D. BURGESS, JJ.